## BOWEN v. CRA-MAC CABLE SERVICES

No. 77P83.

Case below: 60 N.C. App. 241.

Petition by defendants for writ of certiorari to North Carolina Court of Appeals denied 8 March 1983.

## BOWLING v. COMBS

No. 73P83.

Case below: 60 N.C. App. 234.

Petition by defendants for discretionary review under G.S. 7A-31 denied 8 March 1983.

## BROWN v. BROWN

No. 703P82.

Case below: 59 N.C. App. 719.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 8 March 1983.

## DOWDY v. FIELDCREST MILLS

No. 21PA83.

Case below: 59 N.C. App. 696.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 8 March 1983.

## HOOPER v. HOOPER

No. 675P82.

Case below: 59 N.C. App. 309.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 8 March 1983.